```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 06 B 08331
   JAIME D CAREY
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-5768


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/13/2006 and was confirmed 09/14/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   1.00%.

     The case was dismissed after confirmation 07/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
WELLS FARGO AUTO FINANCE   SECURED          18967.47         2610.62       1999.47
WELLS FARGO AUTO FINANCE   UNSECURED        NOT FILED          .00            .00
ADVANCE AMERICA            UNSECURED          312.75           .00            .00
AMERICASH LOANS LLC        UNSECURED         1136.93           .00            .00
B-LINE LLC                 UNSECURED          996.13           .00            .00
NCO FINANCIAL SYSTEMS      NOTICE ONLY      NOT FILED          .00            .00
ARONSON FURNITURE          UNSECURED          181.00           .00            .00
ASPIRE                     UNSECURED          591.06           .00            .00
COLUMBIA HOUSE             UNSECURED        NOT FILED          .00            .00
COMCAST                    UNSECURED        NOT FILED          .00            .00
CBA COLLECTION BUREAU OF   NOTICE ONLY      NOT FILED          .00            .00
DENTAL PROFILE HYDE PARK   UNSECURED        NOT FILED          .00            .00
FSM LOANS                  UNSECURED        NOT FILED          .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          738.08           .00            .00
HSBC NV                    UNSECURED        NOT FILED          .00            .00
MCM                        NOTICE ONLY      NOT FILED          .00            .00
GALWAY FINANCIAL SVC LLC   UNSECURED          725.00           .00            .00
LASALLE BANK LAKEVIEW      UNSECURED        NOT FILED          .00            .00
TRS SERVICES               NOTICE ONLY      NOT FILED          .00            .00
LERNER SHOPS               UNSECURED        NOT FILED          .00            .00
ASSOCIATED CREDIT SERVIC   NOTICE ONLY      NOT FILED          .00            .00
MCI COMMUNICATIONS         UNSECURED        NOT FILED          .00            .00
NCO FINANCIAL              NOTICE ONLY      NOT FILED          .00            .00
NICOR GAS                  UNSECURED          575.30           .00            .00
NIPSCO                     UNSECURED        NOT FILED          .00            .00
SALLIE MAE INC             UNSECURED        20059.88           .00         123.75
ARONSON FURNITURE          SECURED NOT I      69.00            .00            .00
DR MICHELLE ZOETEMAN       UNSECURED          164.20           .00            .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY     2,854.00                       2,854.00
TOM VAUGHN                 TRUSTEE                                          496.16
DEBTOR REFUND              REFUND                                              .00


                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 08331 JAIME D CAREY
```

Summary of Receipts and Disbursements:

```
                              RECEIPTS           DISBURSEMENTS
```

| | RECEIPTS | DISBURSEMENTS |
|---|---:|---:|
| TRUSTEE | 8,084.00 | |
| PRIORITY | | .00 |
| SECURED | | 1,999.47 |
|     INTEREST | | 2,610.62 |
| UNSECURED | | 123.75 |
| ADMINISTRATIVE | | 2,854.00 |
| TRUSTEE COMPENSATION | | 496.16 |
| DEBTOR REFUND | | .00 |
| TOTALS | 8,084.00 | 8,084.00 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/29/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 06 B 08331 JAIME D CAREY